# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUTRICIA JOHNSON-BRISCO,<br>Plaintiff,<br><br>vs.<br><br>TBSC HOLDING COMPANY DBA THE BEST SERVICE COMPANY; BANK OF THE WEST; and DOES 1- 10 inclusive,<br>Defendants. | Case No.: CV 20-10947-DMG (JPRx)<br><br>**ORDER RE DISMISSAL OF ACTION WITH PREJUDICE [11]** |

Based on the parties' Stipulation, and good cause appearing,

IT IS HEREBY ORDERED that the above-captioned action is dismissed in its entirety with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  The parties shall bear their own attorneys' fees and costs.

DATED:  March 4, 2021

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE